## Commonweath *v.* Gentry, Appellant.

Submitted December 2, 1974. *Herman Weiner,* for appellant; *Deborah E. Glass, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.